UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN Bonnie Ginardi                                    Case No. 10-40779

                                                                                 Hon. Tucker

                                                                                 CHAPTER 13

_____/

STIPULATED ORDER ALLOWING LATE FILED PROOF OF CLAIMS NUMBERS 14 & 15

      Upon the reading and filing of the Debtor(s) and Chapter 13 Trustee's Stipulation for Granting Proof of Claims;

      IT IS HEREBY ORDERED:

a)      Both late filed claims of Sallie Mae Inc are hereby allowed and shall be paid pursuant to the amount stated on their filed Proofs of Claims numbers 14 and 15.

**Signed on January 11, 2011**

                                                                             /s/ Thomas J. Tucker
                                                                             Thomas J. Tucker
                                                                             United States Bankruptcy Judge